**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1095**

———————————

In Re:  MONICA B. YOUNG,

                                                        Petitioner.

———————————

On Petition for Writ of Mandamus.  (CA-01-151-H4)

———————————

Submitted:  April 10, 2002          Decided:  May 6, 2002

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Monica B. Young, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Monica B. Young has filed a petition for a writ of mandamus asking this court to direct the district court to issue summonses in cases previously dismissed by the district court and whose dismissals were affirmed on appeal. Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted, In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and may not be used as a substitute for appeal. In re Catawba Indian Tribe, 973 F.2d 1133, 1135 (4th Cir. 1992). The party seeking mandamus relief carries the heavy burden of showing that he has no other adequate means to attain the relief he desires and that his entitlement to such relief is clear and indisputable. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980).

Young has not made such a showing. Accordingly, although we grant Young's motion to proceed on appeal in forma pauperis, we deny her petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2